IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ROBERTO SOLIS-CABRALLES,

    Defendant.

CR. No. S-11-265 KJM

<u>ORDER</u>

On December 1 and 8, 2011, the court held in camera hearings on defendant's request for the appointment of new counsel. On January 25, 2012, defendant was convicted of violating 8 U.S.C. § 1326 and on May 30, 2012, was sentenced to a total term of seventy-seven months imprisonment. Defendant filed a notice of appeal on June 13, 2012.

Appellate counsel has now filed a motion to unseal the transcripts of December 1 and 8, 2011. Under Circuit Rule 27-13(d), this motion is properly addressed to the Court of Appeals.

IT IS THEREFORE ORDERED that the motion to unseal the transcripts of December 1 and 8, 2011 (ECF No. 99) is denied.

DATED: October 30, 2012.

_____
UNITED STATES DISTRICT JUDGE

1